IN THE COMMONWEALTH COURT OF PENNSYLVANIA

David Becirovic,                               :
                    Petitioner                 :
                                               :
         v.                                    :          No. 2139 C.D. 2015
                                               :
Department of Human Services,                  :
                    Respondent                 :

## **O R D E R**

NOW, October 27, 2016, upon consideration of petitioner's application for reconsideration, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge